# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN RIVAS,

              Petitioner,

    v.

CYNTHIA Y. TAMPKINS, Warden,

              Respondent.

Case No. CV 14-05919 CJC (AFM)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 18, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE